Order entered October 24, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01177-CV

## TPC CONTROLS, INC. AND CLEMENTS, TERRY P., Appellant

V.

## TPC ELECTRIC COMPANY, INC. AND GEAR BRANDS, LLC, Appellee

**On Appeal from the 416th District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04622-2010**

## ORDER

The Court has before it appellants' October 18, 2012 emergency motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by November 12, 2012.



MOLLY FRANCIS
JUSTICE